AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 6:03CR60006-002 |
| James Mendenhall | ) USM No: 07273-010 |
| Date of Previous Judgment: April 20, 2004 | ) pro se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____60_____ months **is reduced to** _____49_____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _____4/20/2004_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____April 3, 2008_____

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

Effective Date: _____

(if different from order date) **APR 0 3 2008**

_____
Judge's signature

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK