◎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 4 2008
CHRIS R. JOHNSON, CLERK
BY
_____ DEPUTY CLERK

United States of America )
v. )
James Mendenhall )  Case No:  6:03CR60006-002
 )  USM No:  07273-010
Date of Previous Judgment: April 20, 2004 )  pro se
(Use Date of Last Amended Judgment if Applicable) )  Defendant's Attorney

### Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __60__ months **is reduced to** __*49__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:        33               Amended Offense Level:        31
Criminal History Category:     I                Criminal History Category:    I
Previous Guideline Range:    135 to 168 months  Amended Guideline Range:   108 to 135 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
*If the amount of time the Defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten days for administrative purposes of releasing the defendant.

Except as provided above, all provisions of the judgment dated __4/20/2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 4, 2008

Judge's signature

Effective Date: _____        Honorable Robert T. Dawson, U.S. District Judge
           (if different from order date)                Printed name and title